# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R.E.R., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00984-NJK<br><br>**Order**<br><br>[Docket No. 11] |

    Pending before the Court is Plaintiffs' motion to proceed under pseudonyms. Docket No. 11. On June 20, 2024, Defendants CCSD and Whitney filed an answer. Docket No. 16. If Defendants CCSD and Whitney take a position on the motion to proceed under pseudonyms, their response to the motion must be filed by July 5, 2024.

    IT IS SO ORDERED.

    Dated: June 20, 2024

                                                                 Nancy J. Koppe<br>                                                                 United States Magistrate Judge