THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:     702-384-4012
Facsimile:  702-383-0701
Email: tdillard@ocgattorneys.com
       sbarker@ocgattoreys.com
       szinna@ocgattorneys.com
*Attorneys for Defendants*
   *Clark County School District, Pat Skorkowsky,*
   *Karen Johnson, Christopher Jackson, and Nathaniel Whitney*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| R.E.R. and R.J.R., minors, by and through their guardians, V.R. and D.R.,<br><br>                                  Plaintiffs,<br><br>        vs.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>PAT SKORKOWSKY, an individual;<br>KAREN JOHNSON, an individual;<br>CHRISTOPHER JACKSON, an individual;<br>NATHANIEL WHITNEY, an individual,<br>MICHAEL BANCO, an individual; DOES I-X inclusive, and ROE CORPORATIONS, I-X, inclusive,<br><br>                                  Defendants. | 2:24-cv-00984-CDS-NJK<br>CASE NO. ~~2:24-cv-00948-CDS-NJK~~<br><br><br>**STIPULATION AND ORDER<br>TO DISMISS WITH PREJUDICE ALL<br>CLAIMS AS TO ALL DEFENDANTS** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs R.E.R. and R.J.R., minors, through their guardians, V.R. and D.R., and Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD), PAT SKORKOWSKY, KAREN JOHNSON, CHRISTOPHER JACKSON, and NATHANIEL WHITNEY (collectively the Answering CCSD Defendants), through their respective counsel of record, that all claims as asserted in the above-captioned matter against all Defendants in the above-captioned matter, are hereby DISMISSED WITH PREJUDICE as to all

1  Defendants, including as to Defendant MICHAEL BANCO who has not entered an appearance
2  in this matter, in accordance with the Settlement Agreement duly executed by and on behalf of
3  the parties hereto, and with the Court's Orders regarding Compromising Minors' Claims entered
4  on February 20, 2025 (ECF 48), July 22, 2025 (ECF 59), and August 25, 2025 (ECF 62), all
5  obligations thereunder having been satisfied.
6      The parties are to bear their own attorney's fees, costs, and expenses related to the claims
7  dismissed hereby.

**IT IS SO STIPULATED.**

DATED this 10 day of September, 2025.        DATED this 10 day of September, 2025.

OLSON CANNON & GORMLEY                        SGRO & ROGER

/s/ *Stephanie A. Barker*                     /s/ *Alanna Bondy*

THOMAS D. DILLARD, JR., ESQ.                  ANTHONY P. SGRO, ESQ.
Nevada Bar No. 6270                           Nevada Bar No. 3811
STEPHANIE A. BARKER, ESQ.                     ALANNA BONDY, ESQ.
Nevada Bar No. 3176                           Nevada Bar No. 14830
STEPHANIE M. ZINNA, ESQ.                      JAYME N. MARTINEZ, ESQ.
Nevada Bar No. 11488                          Nevada Bar No. 15802
9950 West Cheyenne Avenue                     2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89129                       Las Vegas, NV 89102
*Attorneys for Defendants*                    *Attorneys for Plaintiffs*
  *Clark County School District,*
  *Pat Skorkowsky, Karen Johnson,*
  *Christopher Jackson, and*
  *Nathaniel Whitney*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

UNITED STATES DISTRICT JUDGE

Dated: September 10, 2025